CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 19 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                               )    Case No. 2:19-MJ-00004
Moto cellular phone of Billy Wayne Page in the )
possession, custody, or control of Cuba Laverne Meade, )
and believed to be in Meade's purse. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Moto cellular phone of Billy Wayne Page in the possession, custody, or control of Cuba Laverne Meade, believed to be in Meade's purse, and further believed to serviced by Verizon Wireless, associated with phone number (276) 639-2013

located in the     Western     District of     Virginia    , there is now concealed *(identify the person or describe the property to be seized)*:
recording of officer encounter with Billy Wayne Page, phone calls and text messages regarding Billy Wayne Page obtaining a gun, and other evidence of 18 U.S.C. 922(g)(1) charge.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | felon in possession of a firearm |

The application is based on these facts:
See oral testimony of SA Ryan Temm

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Ryan Temm
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/19/19

City and state: Abingdon, VA

*Judge's signature*

Pamela Meade Sargent  USMJ
*Printed name and title*