# Return

| Case No.: 2:19-MJ-00004 | Date and time warrant executed: 3/19/19 @ 2:00 pm | Copy of warrant and inventory left with: Cuba Lavenne Meade |
|---|---|---|
| Inventory made in the presence of : Meade defense Counsel ||| 

Inventory of the property taken and name of person(s) seized:

1 Verizon moto phone, black

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 19 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/19/19

_____
*Executing officer's signature*

Ryan Tenor, Special Agent
*Printed name and title*